**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KENDEL MAYS, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| vs. | ) | CIVIL NO.  04-CV-4238-GPM |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 01-CR-40058 |
| | ) | |
| Respondent/Plaintiff. | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, Chief District Judge:**

Before the Court is Petitioner's notice of appeal (Doc. 10).  Implicit in that document is a request for issuance of a certificate of appealability.  Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."

The notice of appeal does not identify any grounds for this Court to issue a certificate of appealability.  In fact, the notice of appeal does not even mention a certificate of appealability.  In reviewing the record of this case, the Court finds that Petitioner has not made "a substantial showing of the denial of a constitutional right."  Accordingly, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

DATED:  1/31/06

s/ G. Patrick Murphy_____
G. PATRICK MURPHY
Chief United States District Judge