IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENDEL MAYS,** | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-4238-GPM |
| | ) |
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 01-40058-GPM |
| | ) |
| Respondent/Plaintiff. | ) |

## **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

The Court recently dismissed Petitioner's third motion to reconsider (*see* Docs. 21, 23); the Court had no jurisdiction to consider the motion due to Petitioner's filing of a notice of appeal. Petitioner must be unclear on the concept of "no jurisdiction," as he has just filed *another* Rule 60(b) motion, which he entitled a motion for proper relief (Doc. 24). Because the Court does not have jurisdiction to consider the motion, this motion is **DISMISSED**.

A man has got to know his limitations, so the Court will very clearly define those limitations for Petitioner regarding this case: This case is **CLOSED**. This means that **PETITIONER SHALL NOT FILE ANY FURTHER MOTIONS, PLEADINGS, OR DOCUMENTS IN THIS CASE WITH THIS COURT.** This case is currently on appeal, and Petitioner should direct any filings to the Seventh Circuit Court of Appeals until that Court issues its mandate with respect to the appeal.

Petitioner is **WARNED** that if he continues to file motions in this case in this Court while the appeal is pending, the Court may find it necessary to impose monetary sanctions against him.

*See* FED. R. CIV. P. 11.

    **IT IS SO ORDERED.**

    DATED: 05/16/06

                                              s/ G. Patrick Murphy
                                              G. PATRICK MURPHY
                                              Chief United States District Judge